ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: tenesa.powell@akerman.com

*Attorneys for PennyMac Loan Services LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE. an individual,<br><br>Plaintiff,<br><br>v.<br><br>PENNYMAC LOAN SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; TRANS UNION LLC, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case No.: 2:19-cv-00781-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO ANSWER COMPLAINT**<br><br>[FIRST REQUEST] |

PennyMac Loan Services LLC and Daniel Coyne by and through their respective counsel of record, hereby stipulate and agree as follows:

Coyne filed his complaint on May 7, 2019 [ECF No. 1]. PennyMac's answer to complaint is currently due on May 29, 2019. The parties stipulate and agree that PennyMac shall have until, **June 28, 2019** to file a response to Plaintiff's complaint.

. . .

. . .

48947965;2

This is the first request for an extension of this deadline, is made in good faith, and is not made for purposes of undue delay. The request is made to allow PennyMac to further review the allegations of the complaint and provide a meaningful response.

DATED this 21st day of May, 2019.

| **AKERMAN LLP** | **COGBURN LAW** |
|---|---|
| /s/ *Tenesa Powell* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> TENESA S. POWELL, ESQ. <br> Nevada Bar No. 12488 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, Nevada 89134 <br><br> *Attorneys for PennyMac Loan Servicing LLC* | /s/Erik Fox <br> JAMIE S. COGBURN, ESQ. <br> Nevada Bar No. 8409 <br> ERIK W. FOX, ESQ. <br> Nevada Bar No. 8804 <br> 2850 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 <br><br> *Attorneys for Daniel Coyne* |

**ORDER**

**IT IS SO ORDERED.**

DATED: May 22, 2019.

_____
UNITED STATES MAGISTRATE JUDGE