**KURT BONDS**
Nevada Bar No. 6228
**TREVOR WAITE**
Nevada Bar No. 13779
**ALVERSON TAYLOR & SANDERS**
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
*Counsel for Trans Union LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE,<br><br>        Plaintiff,<br><br>v.<br><br>PENNYMAC LOAN SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; and EQUIFAX INFORMATION SERVICES LLC,<br><br>        Defendants. | Case No. 2:19-cv-00781-RFB-NJK<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

      Plaintiff Daniel Coyne ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Stipulation Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

      On May 7, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is May 29, 2019. The allegations in Plaintiff's Complaint date back to August 2018. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any disputes Plaintiff submitted to Trans Union and Trans Union's investigation of any such disputes. Further, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including June 19, 2019. This is the first stipulation for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 23rd day of May, 2019

**ALVERSON TAYLOR & SANDERS**
//s// Trevor R. Waite

Kurt Bonds
Nevada Bar No. 6228
Trevor Waite
Nevada Bar No. 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, NV 89149
Telephone: (702) 384-7000
Facsimile: (702) 385-7000
Email: kbonds@alversontaylor.com
Email: twaite@alversontaylor.com
*Counsel for Trans Union LLC*

**COGBURN LAW**

//S// Erik W. Box

Jamie S. Cogburn, Nevada Bar No. 8409
Erik W. Box, Nevada Bar No. 8804
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
jsc@cogburncares.com
ewf@cogburncares.com
*Counsel for Plaintiff*

## ORDER

The Joint Stipulation for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

Dated this __23__ day of __May__ 2019.

_____
**UNITED STATES MAGISTRATE JUDGE**