# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DANIEL COYNE,

       Plaintiff(s),

v.

PENNYMAC LOAN SERVICES LLC, *et al*.,

       Defendant(s).

Case No.: 2:19-cv-00781-RFB-NJK

**Order**

(Docket No. 26)

    Before the Court is Plaintiff and Defendant Equifax Information Services LLC's notice of settlement. Docket No. 26. The Court **ORDERS** these parties to file a stipulation of dismissal no later than September 6, 2019.

    IT IS SO ORDERED.

    Dated: July 8, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1