# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL COYNE,

    Plaintiff(s),

v.

PENNYMAC LOAN SERVICES LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-00781-RFB-NJK

**Order**

(Docket No. 28)

Pending before the Court is Plaintiff and Defendant Trans Union's notice of settlement. Docket No. 28. The Court **ORDERS** these parties to file a stipulation of dismissal no later than October 7, 2019.

IT IS SO ORDERED.

Dated: August 7, 2019

                                          NANCY J. KOPPE
                                          United States Magistrate Judge