# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE,<br>　　　　Plaintiff(s),<br>v.<br>PENNYMAC LOAN SERVICES LLC, et al.,<br>　　　　Defendant(s). | Case No.: 2:19-cv-00781-RFB-NJK<br>**Order**<br>(Docket No. 37) |

Pending before the Court is Defendant Equifax Information Services LLC's motion to remove Jeremy J. Thompson from the CM/ECF service list. Docket No. 37. Mr. Thompson represented Defendant Equifax, which was terminated from the case on October 9, 2019. Docket No. 36. For good cause shown, the motion is **GRANTED**. Docket No. 37.

IT IS SO ORDERED.

Dated: October 23, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1