COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
ewf@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL COYNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PENNYMAC LOAN SERVICES LLC, a Foreign Limited-Liability Company; EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation; TRANS UNION LLC, a Foreign Limited-Liability Company; and EQUIFAX INFORMATION SERVICES LLC, a Foreign Limited-Liability Company,<br><br>Defendants. | Case Number<br>2:19-cv-00781-RFB-NJK<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff, Daniel P. Coyne ("Plaintiff") and

Defendant, Experian Information Solutions, Inc. ("Defendant"), by and through their respective

. . .

. . .

. . .

. . .

attorneys of record, that all Plaintiff's claims asserted against Defendant in the above-captioned matter shall be and hereby are dismissed with prejudice and each party shall bear its own attorney fees and costs.

Dated this 16th day of January, 2020.                Dated this 16th day of January, 2020.

**COGBURN LAW**                                       **NAYLOR & BRASTER**


By:     /s/Erik W. Fox                                By:     /s/Andrew J. Sharples
Name:   Jamie S. Cogburn, Esq.                        Name:   Jennifer L. Braster, Esq.
        Nevada Bar No. 8409                                   Nevada Bar No. 9982
        Erik W. Fox, Esq.                                     Andrew J. Sharples, Esq.
        Nevada Bar No. 8804                                   Nevada Bar No. 12866
        2580 St. Rose Parkway, Suite 330                      1050 Indigo Drive, Suite 200
        Henderson, Nevada 89074                               Las Vegas, NV 89145
*Attorneys for Plaintiff*                             *Attorneys for Experian Information Solutions, Inc.*

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 17th day of January, 2020.